

Name & Address:
J. Owen Campbell (SBN 229976)
SEVERSON & WERSON
19100 Von Karman Avenue, 7th Floor
Irvine, CA 92618
Tel: (949) 442-7110; Fax: (949) 442-7118

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP HOLDINGS, INC.<br><br>PLAINTIFF(S)<br>v.<br>DANIEL W. ROBINSON and DARLA J. ROBINSON<br><br><br>DEFENDANT(S). | CASE NUMBER<br>CV13-7142<br>SVW(ASx)<br><br>SUMMONS |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _J. Owen Campbell_____, whose address is _19100 Von Karman Avenue, 7th Floor, Irvine, California 92612_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated:  SEP 26 2013

Clerk, U.S. District Court

**JULIE PRADO**
By: _____
     Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*