| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>J. Owen Campbell (SBN 229976)<br>SEVERSON & WERSON<br>19100 Von Karman Avenue, 7th Floor<br>Irvine, CA 92612<br>Telephone: (949) 442-7110<br>Facsimile: (949) 442-7118<br>joc@severson.com |  FILED CLERK, U.S. DISTRICT COURT<br>SEP 2 6 2013<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
|---|---|
| ATTORNEY(S) FOR: Mortg. Elec. Reg. Sys., Inc. and MERSCORP | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Mortgage Electronic Registration Systems, Inc. and MERSCORP Holdings, Inc.<br><br>Plaintiff(s),<br>v.<br>Daniel W. Robinson and Darla J. Robinson<br><br>Defendant(s) | CASE NUMBER<br>CV13-7142<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for <u>Mortgage Electronic Registration Systems, Inc. and MERSCORP Holdings, Inc.</u> or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Mortgage Electronic Registration Systems, Inc. | Party to this action |
| MERSCORP Holdings, Inc. | Party to this action and parent company to plaintiff Mortgage Electronic Registration Systems, Inc. |
| Daniel W. Robinson | Party to this action |
| Darla J. Robinson | Party to this action |

September 26, 2013
Date

Signature: JOC

Attorney of record for (or name of party appearing in pro per):

Mortgage Elec. Reg. Sys., Inc. and MERSCORP Holdings, Inc.