1  J. OWEN CAMPBELL (State Bar No. 229976)
   joc@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  MARY KATE SULLIVAN (State Bar No. 180203)
   SEVERSON & WERSON
7  A Professional Corporation
   One Embarcadero Center, Suite 2600
8  San Francisco, California 94111
   Telephone: (415) 398-3344
9  Facsimile: (415) 956-0439

10 Attorneys for Plaintiffs
   MORTGAGE ELECTRONIC
11 REGISTRATION SYSTEMS, INC. and
   MERSCORP HOLDINGS, INC.

12

[STAMP: COPY  09/30/2013  Has no Original has bee... LOS ANGELES COUNTY REGISTRAR-RECORDER  *20131414418*]

13              UNITED STATES DISTRICT COURT

14         CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

15

16 MORTGAGE ELECTRONIC                    Case No. 2:13-CV-7142 SVW (ASx)
   REGISTRATION SYSTEMS, INC.,
17 and MERSCORP HOLDINGS, INC.,           NOTICE OF PENDENCY OF
                                          ACTION (LIS PENDENS) [C.C.P.
18              Plaintiffs,               §405.20]

19         vs.

20 DANIEL W. ROBINSON and DARLA
   J. ROBINSON,
21
                Defendants.
22

23

24       NOTICE IS HEREBY GIVEN that a complaint concerning and affecting the

25 real property herein described was filed in the above action in the United States

26 District Court for the Central District of California on September 26, 2013 by

27 Plaintiffs MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and

28
   11951.0247/2880115.1
                                                       NOTICE OF PENDENCY OF ACTION

MERSCORP HOLDINGS, INC. against Defendants DANIEL W. ROBINSON and DARLA J. ROBINSON, and is now pending. The complaint affects the right, title, and interest in the subject real property.

The real property affected by the complaint is commonly known as **19127 Romar Street, Northridge, CA 91324**, and has the legal description: "LOT 21 OF TRACT NO. 4324, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA. AS PER MAP RECORDED IN BOOK 1051, PAGES 29 AND 30 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY."

DATED: September 27, 2013

SEVERSON & WERSON
A Professional Corporation

By: _____
J. Owen Campbell

Attorneys for Plaintiffs
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP HOLDINGS, INC.

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On September 27, 2013, I served true copies of the following document(s):

**NOTICE OF PENDENCY OF ACTION (LIS PENDENS) [C.C.P. §405.20]**

on the defendants in this action as follows:

>Daniel W. Robinson
>Darla J. Robinson
>19127 Romar Street
>Northridge, CA 91324

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 27, 2013, at Irvine, California.

_____
Leslye Haas