Name and address:
J. OWEN CAMPBELL (State Bar No. 229976)
joc@severson.com
SEVERSON & WERSON, The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110 Facsimile: (949) 442-7118
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Mortgage Electronic Registration Systems, Inc., et al.

Plaintiff(s)

v.

Daniel W. Robinson and Darla J. Robinson,

Defendant(s).

CASE NUMBER

2:13-cv-07142-PSG-AS

APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**
(1) Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; **note that electronic signatures are not accepted.** Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.
(2) Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).
(3) Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.

**SECTION I - INFORMATION**

*Applicant's Name (Last Name, First Name & Middle Initial)*
Sandifer, JoAnn T.

*Firm Name*
Husch Blackwell LLP

190 Carondelet Plaza, Suite 600
*Street Address*
St. Louis, MO  63105
*City, State, Zip Code*

(314) 480-1833              (314) 480-1505
*Telephone Number*         *Fax Number*

joann.sandifer@huschblackwell.com
*E-Mail Address*

**I have been retained to represent the following parties:**
Mortgage Electronic Registration Systems, Inc. and     [X] Plaintiff   [ ] Defendant   [ ] Other: _____
MERSCORP Holdings, Inc.                                 [X] Plaintiff   [ ] Defendant   [ ] Other: _____
*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State of Missouri, Bar No. 38602 | October 4, 1988 | Active / Good Standing |
| State of Illinois, Bar No. 06200548 | May 12, 1989 | Active / Good Standing |
| ** See additional information below | | Active / Good Standing |

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

None

Have you previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No
If yes, was your CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☐ No:

N/A
*Previous E-Mail Used (if applicable)*

You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated February 21, 2014    JoAnn T. Sandifer
                            *Applicant's Name (please type or print)*

                            [signature]
                            *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

*Designee's Name (Last Name, First Name & Middle Initial)*
Campbell, J. Owen

*Firm Name*
Severson & Werson, a Professional Corporation
The Atrium, 19100 Von Karman Avenue, Suite 700
*Street Address*
Irvine, CA 92612
*City, State, Zip Code*

(949) 442-7110
*Telephone Number*

(949) 442-7118
*Fax Number*

joc@severson.com
*E-Mail Address*

State Bar No. 229976
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel.**

Dated 3/3/2014        J. Owen Campbell
                     *Designee's Name (please type or print)*

                     *Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Courts to which JoAnn Sandifer has been admitted:

| Court | Date of Admission | Status |
|---|---|---|
| United States District Court for the Central District of Illinois | April 22, 2009 | Active / Good Standing |
| United States District Court for the Eastern District of Michigan | July 29, 2013 | Active / Good Standing |
| United States District Court for the Eastern District of Missouri | September 21, 1993 | Active / Good Standing |
| United States District Court for the Southern District of Illinois | November 22, 1999 | Active / Good Standing |
| United States District Court for the Western District of Missouri | September 27, 2012 | Active / Good Standing |
| United States District Court for the Western District of Tennessee | December 16, 2013 | Active / Good Standing |
| United States Court of Appeals for the Federal Circuit | October 19, 2005 | Active / Good Standing |
| United States Court of Appeals for the Second Circuit | September 17, 2004 | Active / Good Standing |
| United States Court of Appeals for the Sixth Circuit | February 6, 2004 | Active / Good Standing |
| United States Court of Appeals for the Seventh Circuit | March 21, 2003 | Active / Good Standing |
| United States Court of Appeals for the Eighth Circuit | August 25, 1995 | Active / Good Standing |
| United States Court of Appeals for the Tenth Circuit | November 10, 2005 | Active / Good Standing |

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/14/1988,

## Joann Tracy Sandifer

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 19th day of February 2014.

*Bill L. Thompson*

Clerk of the Supreme Court of Missouri

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

JoAnn T. Sandifer

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 12, 1989 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, February 18, 2014.

*Carolyn Taft Grosboll*
Clerk

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On March 3, 2014, I served true copies of the following document(s):

**APPLICATION OF NON-RESIDENT TO APPEAR IN A SPECIFIC CASE PRO HAC VICE**

on the interested parties in this action as follows:

| | |
|---|---|
| Susan M. Murphy<br>Advocate Legal<br>5455 Wilshire Boulevard, Suite 2119<br>Los Angeles, CA 90036 | Attorney for Defendants Daniel W. Robinson and Darla J. Robinson |
| Telephone: (323) 692-7499<br>Facsimile: (800) 878 7336<br>E-Mail: susan@susanmurphylaw.com | |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 3, 2014, at Irvine, California.

_____
Terri A. Keller