Name and address:
J. OWEN CAMPBELL (State Bar No. 229976)
joc@severson.com
SEVERSON & WERSON, The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110 Facsimile: (949) 442-7118
Attorney for Mortgage Electronic Registration Systems, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mortgage Electronic Registration Systems, Inc., et al.<br><br>v.<br>Daniel W. Robinson and Darla J. Robinson,<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:13-cv-07142-PSG-AS<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Sandifer, JoAnn T.      of   Husch Blackwell LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   190 Carondelet Plaza, Suite 600
(314) 480-1833       (314) 480-1505               St. Louis, MO  63105
*Telephone Number*   *Fax Number*
joann.sandifer@huschblackwell.com
                                                    *Firm Name & Address*
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Mortgage Electronic Registration Systems, Inc. and MERSCORP Holdings Inc.

*Name(s) of Party(ies) Represented*    [X] Plaintiff   [ ] Defendant   [ ] Other:

**and designating as Local Counsel**

Campbell, J. Owen         of   Severson & Werson, a Professional Corporation
*Designee's Name (Last Name, First Name & Middle Initial)*   The Atrium
229976           (949) 442-7110                19100 Von Karman Avenue, Suite 700
*Designee's Cal. Bar Number*  *Telephone Number*   Irvine, CA  92612
                  (949) 442-7118
                  *Fax Number*                 *Firm Name & Address*
                                                    joc@severson.com
                                                    *E-Mail Address*

hereby ORDERS the Application be:

[ ] GRANTED.
[ ] DENIED.  Fee shall be returned by the Clerk.
[ ] DENIED, for failure to pay the required fee.

Dated _____

                                                     **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On March 3, 2014, I served true copies of the following document(s):

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

on the interested parties in this action as follows:

| | |
|---|---|
| Susan M. Murphy<br>Advocate Legal<br>5455 Wilshire Boulevard, Suite 2119<br>Los Angeles, CA 90036 | Attorney for Defendants Daniel W. Robinson and Darla J. Robinson<br><br>Telephone:  (323) 692-7499<br>Facsimile:  (800) 878 7336<br>E-Mail:  susan@susanmurphylaw.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 3, 2014, at Irvine, California.

_Terri A. Keller_
Terri A. Keller