UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ADR COORDINATOR

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7142-PSG (ASx) | Date | July 14, 2014 |
|---|---|---|---|
| Title | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ET AL. -VS- DANIEL W. ROBINSON, ET AL. | | |

| Present: The Honorable | **PHILIP S. GUTIERREZ** |
|---|---|
| Deputy Clerk | Not Reported<br>Court Reporter |
| Attorneys Present for Plaintiffs:<br>Not Present | Attorneys Present for Defendants:<br>Not Present |

**Proceedings (In Chambers):**     VACATING SCHEDULING CONFERENCE

On the Court's own motion, the Scheduling Conference is VACATED, and the following dates are hereby set. Please review the Court's trial order for further details.

| | |
|---|---|
| Last Day to Add Parties & Amend Pleadings<br>(Doe defendants are dismissed as of cut-off to add parties) | 08-21-14 |
| Discovery Cut-Off: | 01-06-15 |
| Last Day to File Motions: | 01-20-15 |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | 01-13-15 |
| Rebuttal Expert Witness Disclosure: | 02-10-15 |
| Expert Discovery Cut-Off: | 03-02-15 |
| Final Pretrial Conference (2:30 p.m.): | 03-31-15 |
| Court Trial (9:00 a.m.): | 04-14-15 |
| Estimated Length: | 2 days |

Initials of Preparer     wh