| | |
|---|---|
| 1 | J. Owen Murrin, (75329) |
| 2 | Murrin Law Firm |
|   | 7045 E. Los Santos Drive |
| 3 | Long Beach, CA 90815 |
| 4 | Telephone: (562) 342-3011 |
|   | Facsimile: (562) 724-7007 |
| 5 | Email: jmurrin@murrinlawfirm.com |
| 6 | Attorney for Defendants Daniel W. Robinson And Darla J. Robinson |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. MERSCORP HOLDINGS, INC.,

Plaintiffs,

v.

DANIEL W. ROBINSON, DARLA J. ROBINSON,

Defendants.

Case #   2:13-cv-07142-PSG-AS
Honorable Phillip S. Gutierrez

**DECLARATION OF JOHN MURRIN IN SUPPORT OF DEFENDANTS' POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

Date:      March 2, 2015
Time:     1:30 p.m.
Dept.     Roybal Building, 880

Complaint Filed: 9/26/14

1

**DECLARATION OF JOHN MURRIN IN SUPPORT OF DEFENDANTS' POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

## DECLARATION OF J. OWEN MURRIN

I, the undersigned, J. Owen Murrin, am an attorney at law, duly licensed to practice before the courts of the State of California. The undersigned is the founding member of the Murrin Law Firm, attorney of record for Daniel and Darla Robinson in the above-entitled action. The undersigned states the following based upon personal knowledge and/or knowledge of the record. The undersigned can competently testify either from first hand personal knowledge or from firsthand knowledge of the record under penalty of perjury under the laws of the United States as follows:

1. On December 19, 2014 I engaged in a meet and confer with opposing counsel precatory to bring this Summary Judgment motion. In addition to attempting to resolve this case, we discussed the Summary Judgment Motions and I inquired of opposing counsel whether his clients would want more time to conduct more discovery, or whether they wanted to take the clients deposition. Opposing counsel said no.

2. Attached hereto as Exhibit "10" is a true and correct copy of the Deed of Trust for the Subject Property

3. Attached hereto as Exhibit "47" is a true and correct copy of the Promissory Note for the Subject Property that was recorded in 2005.

4. Attached hereto as Exhibit "48" is a true and correct copy of the Trademark file as obtained from the public record on file on the web from the US Patent and Trademark office (the file has been thinned down).

4a. Attached hereto as Exhibit "51" is a true and correct copy of Designation of Foreign Corp-MERSCORP

5. Attached hereto as Exhibit "52" is a true and correct copy of the MERS Systems Rules of Membership for 2013.

6. Attached hereto as Exhibit "60" is a true and correct copy of the MERS "Electronic Tracking Agreements" for "Whole Loan Sales."

2

**DECLARATION OF JOHN MURRIN IN SUPPORT OF DEFENDANTS' POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

7. Attached hereto as Exhibit "61" is a true and correct copy of the MERS "Electronic Tracking Agreements" for "Warehousing".

8. Attached hereto as Exhibit "62" is a true and correct copy of the MERS "Electronic Tracking Agreements" for "Gestation",

9. Attached hereto as Exhibit "63" is a true and correct copy of MERSCORP's response to request for admissions in answers to 39-40, with front and back pages.

10. Attached hereto as Exhibit "64" is Statement and Designation by Foreign Corporation, Mortgage Electronic Reg. Systems, Inc.

11. Attached hereto as Exhibit "65" is a true and correct copy of MERS® System Rules of Membership from Plaintiffs' Responses to Request for Production of Documents. Page 4.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this 12th day of January, 2015

/s/
_____
John Murrin, Declarant

**DECLARATION OF JOHN MURRIN IN SUPPORT OF DEFENDANTS' POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

# TABLE OF CONTENTS OF EXHIBITS FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit 10 | Deed of Trust |
| Exhibit 47 | Note dated February 7, 2005 |
| Exhibit 48 | MERS Trademark Documents (thinned down) |
| Exhibit 51 | Designation of Foreign Corp-MERSCORP |
| Exhibit 52 | MERS® System Rules of Membership dated March 18, 2013 |
| Exhibit 60 | Electronic Tracking Agreement for Whole Loan Sale Agreement |
| Exhibit 61 | Electronic Tracking Agreement for Warehouse Lender |
| Exhibit 62 | Electronic Tracking Agreement for Gestation |
| Exhibit 63 | Answers to RFA MERSCORP Admit having no legal interest, no beneficial interest or any aging interest in the loan instrument, note or underlying security |
| Exhibit 64 | Statement and Designation by Foreign Corporation, Mortgage Electronic Reg. Systems, Inc. |
| Exhibit 65 | MERS System Rules of Membership from Responses to RFP |