| | |
|---|---|
| Name | J. Owen Murrin |
| Address | 7045 E. Los Santos Drive |
| City, State, Zip | Long Beach, CA 90815 |
| Phone | (562) 342-3011 |
| Fax | (562) 724-7007 |
| E-Mail | jmurrin@murrinlawfirm.com |

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mortgage Electronic Registration Systems, Inc. Merscorp Holdings, Inc.<br><br>PLAINTIFF(S),<br>v.<br>Daniel W. Robinson, Darla J. Robinson<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:13-cv-07142-PSG-AS<br><br>Amended NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that _Daniel W. Robinson and Darla J. Robinson_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
    Setting Aside Quiet Title Judgment Dkt.127

☒ Judgment (specify):
    Plaintiffs' Summary Judgment

☐ Other (specify):

Imposed or Filed on _March 20, 2015_. Entered on the docket in this action on _March 26, 2015_.

A copy of said judgment or order is attached hereto.

_March 27, 2015_
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

```
 1  J. OWEN CAMPBELL (State Bar No. 229976)
    SEVERSON & WERSON
 2  A Professional Corporation                        E-FILED 3/26/15
    The Atrium
 3  19100 Von Karman Avenue, Suite 700                Term Motion #122
    Irvine, California 92612
 4  Telephone: (949) 442-7110
    Facsimile: (949) 442-7118
 5
    MARY KATE SULLIVAN (State Bar No. 180203)
 6  SEVERSON & WERSON
    A Professional Corporation
 7  One Embarcadero Center, Suite 2600
    San Francisco, California 94111
 8  Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
 9
    JOANN T. SANDIFER (pro hac vice)
10  HUSCH BLACKWELL LLP
    190 Carondelet Plaza, Suite 600
11  St. Louis, MO  63105
    Telephone:  (314) 480-1500
12  Facsimile:  (314) 480-1505

13  Attorneys for Plaintiffs
    MORTGAGE ELECTRONIC
14  REGISTRATION SYSTEMS, INC. and
    MERSCORP HOLDINGS, INC.
15
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MERSCORP HOLDINGS, INC., Plaintiffs, vs. DANIEL W. ROBINSON and DARLA J. ROBINSON, Defendants. | Case No. 2:13-cv-07142 PSG (ASx)<br>Hon. Philip S. Gutierrez<br>Ctrm. 880<br><br>[~~PROPOSED~~] ORDER SETTING ASIDE QUIET TITLE JUDGMENT AND REINSTATING DEED OF TRUST AND OTHER DECLARATORY RELIEF<br><br>Date: April 27, 2015<br>Time: 1:30 p.m.<br>Crtrm.: 880<br><br>Action Filed: September 26, 2013<br>Trial Date: None Set |
|---|---|

Having granted the Plaintiffs' Motion for Summary Judgment and having denied the Defendants' Motion for Summary Judgment, and for all the reasons set

1

2:13-cv-07142 PSG (ASx)
ORDER

SLC-7211635-1

forth in its Order dated February 27, 2015, this Court hereby orders that:

    A. The Judgment for Quiet Title dated April 17, 2013 entered by the Los Angeles County Superior Court in the case styled, <u>Robinson v. United Pacific Mortgage</u>, case number PC052281, and recorded in the Official Records of the Recorders' Office of Los Angeles County as instrument number 20130621913, is hereby declared null and void and of no force or effect from its inception and shall be deemed expunged from the land records.

    B. The Notice of Lis Pendens filed by the Robinsons in the above-described quiet title action is null and void and shall be deemed expunged from the land records.

    C. The Deed of Trust dated February 7, 2005 securing a promissory note in the original principal amount of $999,950 and naming MERS as the beneficiary as nominee for United Pacific Mortgage and its successors and assigns, and recorded on February 15, 2005 in the Official Records of the Recorder's Office of Los Angeles County as instrument number 05 0342544 ("Deed of Trust"), was not eliminated or impacted by the aforesaid quiet title judgment and said Deed of Trust was at all times since its recording, and remains as of this date, a lien and encumbrance on the real property owned by the Robinsons and described in said Deed of Trust.

    This Court directs that this Order may be recorded in the land records of Los Angeles County with respect to the real property owned by the Robinsons and described in the Deed of Trust.

DATED: 3/26, 2015

*[signature]*

THE HONORABLE PHILIP S. GUTIERREZ