Name: JoAnn T. Sandifer
Address: 190 Carondelet Plaza, Suite 600
City, State, Zip: St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505
E-Mail: joann.sandifer@huschblackwell.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MERSCORP HOLDINGS, INC.,

PLAINTIFF(S),

v.

DANIEL ROBINSON; DARLA J. ROBINSON

DEFENDANT(S).

CASE NUMBER:

2:13-CV-07142-PSG-AS

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MERSCORP HOLDINGS, INC. hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Order Denying Plaintiff's Motion for Attorneys' Fees [Dkt. 130]

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on April 14, 2015. Entered on the docket in this action on April 14, 2015.

A copy of said judgment or order is attached hereto.

May 14, 2015
Date

/s/ JoAnn T. Sandifer
Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

#120 (04/20 HRG OFF)

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7142 PSG (ASx) | Date | April 14, 2015 |
|---|---|---|---|

| Title | Mortgage Electronic Registration Systems, Inc., *et al.* v. Daniel W. Robinson, *et al.*, |
|---|---|

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** Order DENYING Plaintiff's motion for attorneys' fees.

      Pending before the Court is Plaintiff's motion for attorneys' fees pursuant to 42 U.S.C. § 1988. Dkt. # 120. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); L.R. 7-15. After considering the papers submitted by the Parties, the Court DENIES Plaintiffs' motion.

      **IT IS SO ORDERED.**